**Opinion issued June 20, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-23-00583-CV

———————————————

**MARTIN MBAKA, Appellant**

**V.**

**CHIOMA MBAKA, Appellee**

---

**On Appeal from the 387th District Court
Fort Bend County, Texas
Trial Court Case No. 16-DCV-231877**

---

## MEMORANDUM OPINION

Appellant's brief was due on April 18, 2024. The Court issued a notice on May 7, 2024, that the appeal might be dismissed unless appellant filed a motion for extension or a brief by May 17, 2024. Appellant filed no response or brief.

Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3, 43.2(f).

Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.